# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVE VALDIVIA, | No. CV 13-07736-VBK |
| Petitioner, | JUDGMENT |
| v. | |
| M. D. BITER, | |
| Respondent. | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 7-17-15

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE